IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10942
Summary Calendar
_____


JAMES EDWARD O'NEAL,

                                        Petitioner-Appellant,

versus

GARY L. JOHNSON, Director,
Texas Department of Criminal Justice,
Institutional Division,

                                        Respondent-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:95-CV-005-Y
- - - - - - - - - -
September 9, 1996
Before GARWOOD, JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Texas prisoner James Edward O'Neal, # 611087, appeals the

district court's denial of his 28 U.S.C. § 2254 petition.  O'Neal

contends that his due process rights were violated when the trial

court denied his motion to withdraw his guilty plea or appeal

without holding a hearing, that counsel was ineffective for

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

failing to secure O'Neal's presence at such a hearing, and that the revocation of O'Neal's parole violated principles of double jeopardy. For the first time on appeal, O'Neal argues that the revocation of his parole violated the Ex Post Facto clause. We reject O'Neal's ex post facto argument as lacking factual basis. Having reviewed the record and O'Neal's brief, we AFFIRM the district court's denial of the petition for essentially the reasons adopted and set forth by the district court. O'Neal v. Scott, No. 4:95-CV-005-Y (N.D. Tex. Aug. 30, 1995).

AFFIRMED.